IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TINA ALEXANDER, <br> KENDRA WILLIAMS, <br> CHEYANNE JONES, and <br> KYSHIA WOODS, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIPRO FUNDING, INC., <br><br> Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. H-14-2947 |

ORDER OF DEFAULT

After considering Plaintiffs' Request for Entry of Default (Document No. 99) filed by Plaintiffs Tina Alexander, Kendra Williams, Cheyanne Jones, and Kyshia Woods against Defendant Ameripro Funding, Inc., and finding that Defendant Ameripro Funding, Inc. has defaulted by failing to defend this action, it is

ORDERED that Plaintiffs are granted a default judgment against Defendant Ameripro Funding, Inc., and it is further

ORDERED that a damages hearing is set as follows:

Date: __March 8, 2019__
Time: __3:45 p.m.__
U.S. Courthouse & Federal Building
Courtroom 11D
515 Rusk Avenue
Houston, Texas 77002

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 19TH day of February, 2019.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE