IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TINA ALEXANDER, <br> KENDRA WILLIAMS, <br> CHEYANNE JONES, and <br> KYSHIA WOODS, <br> <br> Plaintiffs, <br> <br> v. <br> <br> AMERIPRO FUNDING, INC., <br> <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> <br> <br> <br> <br> CIVIL ACTION NO. H-14-2947 |

## FINAL JUDGMENT

Based on the Order of Default entered February 19, 2019, against Defendant Ameripro Funding, Inc. in favor of Plaintiffs Tina Alexander, Kendra Williams, Cheyanne Jones, and Kyshia Woods, and based upon the findings made in the Court's separate Order on Damages signed this day, it is

ORDERED and ADJUDGED that Plaintiffs Tina Alexander, Kendra Williams, Cheyanne Jones, and Kyshia Woods shall each have and recover of and from Defendant Ameripro Funding, Inc. the following amounts for actual damages, punitive damages, and attorney's fees, as follows:

Plaintiff Tina Alexander shall have and recover of and from Defendant Ameripro Funding, Inc. the sum of ONE HUNDRED FIFTY-FOUR THOUSAND EIGHT HUNDRED THIRTY-EIGHT and NO/100 DOLLARS ($154,838.00);

Plaintiff Kendra Williams shall have and recover of and from Defendant Ameripro Funding, Inc. the sum of ONE HUNDRED ONE THOUSAND ONE HUNDRED NINETY-EIGHT and NO/100 DOLLARS ($101,198.00);

Plaintiff Cheyanne Jones shall have and recover of and from Defendant Ameripro Funding, Inc. the sum of TWO HUNDRED FOUR THOUSAND SIX HUNDRED NINETY-EIGHT and NO/100 DOLLARS ($204,698.00);

Plaintiff Kyshia Woods shall have and recover of and from Defendant Ameripro Funding, Inc. the sum of ONE HUNDRED TWENTY THOUSAND TWO HUNDRED SIXTY-NINE and NO/100 DOLLARS ($120,269.00); and each Plaintiff shall further have and recover with respect to each such Plaintiff's individual judgment set forth above, interest on all unpaid sums thereof from the date of this judgment until paid at the rate of 2.41% per annum, compounded annually.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 1ST day of April, 2019.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE